AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| United States of America | ) | | |
|---|---|---|---|
| v. | ) | | |
| | ) | Case No. | 8:17MJ1686 MAP |
| | ) | | |
| Junior Jean Noel | ) | | |
| | ) | | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  In or Around March 2017 to present  in the county of  Pinellas/Hillsborough  in the

Middle  District of  Florida  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 1029(a)(1) and (a)(5) | Access Device Fraud |
| 18 U.S.C. § 1028A | Aggravated Identity Theft |

This criminal complaint is based on these facts:

See attached affidavit of Special Agent Bryan Halliwell, United States Secret Service.

☐ Continued on the attached sheet.

_____
*Complainant's signature*

Bryan Halliwell, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____

_____
*Judge's signature*

City and state:          Tampa, Florida

MARK A. PIZZO, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Bryan Halliwell, Special Agent, United States Secret Service, being duly sworn to tell the truth, state the following information:

1.     I am employed as a Special Agent with the United States Secret Service and have been so employed since April 2000.  I am currently assigned to the Tampa Field Office.  During the course of my career with the United States Secret Service, I have led, conducted, and participated in criminal investigations involving bank fraud, mail fraud, wire fraud, identity theft, and access device fraud.

2.     The facts set forth in this affidavit are based on my personal knowledge, information and documents provided to me in my official capacity, information obtained from other individuals, including law enforcement officers involved in this investigation, my review of documents and records related to this investigation, communications with others who have personal knowledge of the events and circumstance described herein, and information gained through my training and experience.  The statements contained in this affidavit are true and correct to the best of my knowledge and belief.

3.     Based on the information contained in this affidavit, I believe there is probable cause to charge **Junior Jean-Noel** with access device fraud, in violation of 18 U.S.C. §§ 1029(a)(1) and (a)(5), and aggravated identity theft, in violation of 18 U.S.C. § 1028A.

4.     This affidavit is intended to demonstrate only that there exists probable cause to support a complaint to charge **Junior Jean-Noel** with access device fraud and aggravated identity theft and does not purport to set forth all of my knowledge of or investigation into this matter.  Unless specifically indicated otherwise, all conversations and statements described in the affidavit are related in substance and in part only.

## PROBABLE CAUSE

### A. Introduction

5.     In an effort to aid in review of this affidavit and provide the overall understanding of the scheme, I will summarize the nature of the fraudulent activities identified during this investigation.  Attribution of these facts will follow.  In sum, I have probable cause to believe that from at least in or around March 2017, through the present, **Junior Jean-Noel**, engaged in a scheme to commit credit card fraud and identity theft.  **Jean-Noel**, alone and with others, obtained the account information and other identifiers of unknowing Capital One credit card account holders.  **Jean-Noel** and others acting with him contacted Capital One and held themselves out as the true account holders.  During the call, **Jean-Noel** and others working with him requested that Capital One send replacement credit cards to addresses under the control of **Jean-Noel** and his accomplices, including the residence of **Jean-Noel**.  Once **Jean-Noel** and his associates received the cards, they used the credit cards to purchase gift cards and merchandise at retailers in the Middle District of Florida and elsewhere.  The total loss identified to date exceeds $200,000.

2

## B. Fraudulent Transactions

6.     Capital One Fraud Investigator J.G. reported to your affiant that Capital One received a request on or about March 20, 2017, purportedly from Capital One customer R.K., to send a replacement card for his/her account ending in 3822, which it sent to an address on Castlegate Drive in Tampa, FL. J.G. stated that after Capital One sent the replacement card, there were approximately $28,360.66 in fraudulent charges made in the Middle District of Florida and posted to the Capital One credit card account ending in 3822 belonging to R.K. between approximately March 21, 2017, and March 24, 2017. My investigation revealed that the address on Castlegate Drive in Tampa, FL where the Capital One replacement card ending in 3822 was sent is currently rented by M.J-N., who is the brother of **Junior Jean-Noel**. M.J-N. has rented this address on Castlegate Drive since in or around June 2016.

7.     On or about April 20, 2017, at approximately 12:39 p.m., **Jean-Noel** entered the Walmart store # 5221 located in Tampa, FL and purchased gift cards totaling approximately $300.00. **Jean-Noel** used a Capital One credit card account ending in 5288 to make the purchase. At the time of the purchase, the Capital One credit card account ending in 5288 was issued to K.W. of Palm City, FL. Your affiant interviewed K.W. who stated **Jean-Noel** did not have permission to use his/her Capital One credit card to make the purchase at Walmart. K.W. further stated at the time of the purchase he/she was in possession of his/her Capital One

3

credit card ending in 5288. Your affiant reviewed surveillance video of the transaction in question. Based upon my knowledge of what **Jean-Noel** looks like from social media and his photos for his State of Florida driver's license, I can identify **Jean-Noel** as the individual in the surveillance video making the purchase using the Capital One credit card ending in 5288.

8.      Capital One Fraud Investigator J.G. provided information to me that Capital One received a request on or about April 18, 2017, purportedly from K.W., to send a replacement card for the account ending in 5288, which it sent to an address in Tampa, FL. J.G. stated that after Capital One sent the replacement card, there were approximately $24,966.25 in fraudulent charges made in the Middle District of Florida and posted to the Capital One credit card account ending in 5288 belonging to K.W. between approximately April 20, 2017, and April 26, 2017. Those fraudulent charges include the following transactions, among others: (a) purchases on or about April 25, 2017, at approximately 3:38 p.m. at Walmart #5218 located in St. Petersburg, FL totaling approximately $1,600; (b) purchases on or about April 25, 2017, at approximately 4:20 p.m. at Walmart #3161 located in Pasadena, FL totaling approximately $1,200; (c) purchases on or about April 25, 2017, at approximately 6:36 p.m. at Walmart #3013 located in Pinellas Park, FL totaling approximately $400; (d) purchases on or about April 25, 2017, at approximately 7:03 p.m. at Walmart #4141 located in Largo, FL totaling approximately $700; and (e) purchases on or about April 26, 2017, at approximately

4

2:46 p.m. at Walmart #713 located in Dade City, FL totaling approximately $400. I
reviewed surveillance videos of the above transactions in question. Based upon my
knowledge of what **Jean-Noel** looks like from social media and his photos for his
State of Florida driver's license, I can identify **Jean-Noel** as the individual in the
surveillance videos making the purchases using the Capital One credit card ending in
5288.

       9.     Capital One Fraud Investigator J.G. also reported to me that prior to
the request detailed above for Capital One card ending in 5288, Capital One received
a request on or about April 4, 2017, purportedly from Capital One customer J.M., to
send a replacement card for his/her account ending in 0266, which it sent to the
same address in Tampa, FL where they sent the Capital One replacement card
ending in 5288. J.G. stated that after Capital One sent the replacement card, there
were approximately $2,937.45 in fraudulent charges made in the Middle District of
Florida and posted to the Capital One credit card account ending in 0266 belonging
to J.M. between approximately April 5, 2017, and April 17, 2017.

       10.    On or about May 26, 2017, A.B., who was later identified to be working
with **Jean-Noel**, entered the Walmart # 779 located in Lakeland, FL and purchased
gift cards totaling approximately $800. A.B. used a Capital One credit card account
ending in 2811 to make the purchase. At the time of the purchase, the Capital One
credit card account ending in 2811 was issued to P.W. of Fort Pierce, FL. Your
affiant interviewed P.W. who stated A.B. did not have permission to use his/her

5

Capital One credit card to make the purchase at Walmart. P.W. further stated at the
time of the purchase he/she was in possession of his/her Capital One credit card
ending in 2811.

11.    At the time of these purchases, Walmart loss prevention personnel
notified the Polk County Sheriff's Office that they believed A.B. was using a stolen
credit card to purchase the gift cards. The Walmart investigators reported that
Walmart employees observed A.B. buying numerous gift cards in separate,
simultaneous transactions at the store's self-checkout registers. Polk County Sheriff's
Office detectives confronted A.B. at the Walmart. A.B. immediately threw down
her bag of gift cards and stated she would just leave the purchased gift cards as she
did not want to get into trouble. A.B. stated she was purchasing gift cards using a
credit card and showed the credit card to the detectives. The detectives observed that
it was a Capital One credit card ending in 2811 with the name P.W. embossed on the
front card. A.B. told the detectives her friend "Jay Mula" dropped her off and she
was using his dad's credit card to purchase the gift cards. A.B. further stated she has
purchased gift cards in the past for "Jay Mula" and he paid her $300 for doing so.
A.B. showed the detectives a photo of "Jay Mula" on her Facebook page and
allowed the detectives to take a picture of him from her phone. A.B. told the
detectives she could not go to jail and that she would be willing to "trick" "Jay
Mula" to catch him. A.B. is and was during all of the conduct described herein
under the age of 18.

12.     Further investigation revealed "Jay Mula" is an alias of **Jean-Noel**. Posted on the Facebook page of "Jay Mula" is a picture of him sitting on the back of a red Ford Mustang. In the photo, the partial State of Florida license tag "TE" is visible. The partial license tag, vehicle make, model and color was entered into the TLO XP for law enforcement database to search for the full license tag. The search revealed the full license tag of EHTE71 which is assigned to a 2007 red Ford Mustang registered to **Jean-Noel**. The photos of "Jay Mula" on his Facebook page were compared to the State of Florida driver's license photo of **Jean-Noel** and it was determined they are the same person.

13.     On or about May 27, 2017, at approximately 1:27 a.m., **Jean-Noel** entered 7-Eleven store # 25090 located in Orlando, FL and purchased miscellaneous items totaling approximately $5.32. **Jean-Noel** used a Capital One credit card account ending in 2811 to make the purchase. This is the same credit card that was previously used by A.B. on or about May 26, 2017, as detailed above. Your affiant reviewed surveillance video of the transaction in question. Based upon my knowledge of what **Jean-Noel** looks like from social media and his photos for his State of Florida driver's license, I can identify **Jean-Noel** as the individual in the surveillance video making the purchase using the Capital One credit card ending in 2811.

14.     Capital One Fraud Investigator J.G. reported to your affiant that Capital One received a request on or about May 25, 2017, purportedly from P.W., to

7

send a replacement card for the account ending in 2811, which it sent to an address in Valrico, FL. J.G. stated that after Capital One sent the replacement card, there were approximately $30,466.45 in fraudulent charges made in the Middle District of Florida and elsewhere and posted to the Capital One credit card account ending in 2811 issued to P.W. from on or about May 26, 2017, to on or about June 1, 2017. Those fraudulent charges include the following transactions: (a) a purchase on or about May 27, 2017, at approximately 10:16 p.m. at Speedway #6431 in Brandon, FL totaling approximately $2.49; (b) a purchase on or about May 31, 2017, at approximately 11:07 a.m. at 7-Eleven #24059 located in Tampa, FL totaling approximately $22.66; and (c) a purchase on or about June 1, 2017, at approximately 11:21 a.m. at Walgreens #2887 located in Tampa, FL for approximately $16.04. Your affiant reviewed surveillance videos of the above transactions in question. Based upon my knowledge of what **Jean-Noel** looks like from social media and his photos for his State of Florida driver's license, I can identify **Jean-Noel** as the individual in the surveillance videos making the purchases using the Capital One credit card ending in 2811.

15.     Capital One Fraud Investigator J.G. also reported to your affiant that prior to the request detailed above for card 2811, Capital One received a request on or about May 10, 2017, purportedly from Capital One customer J.P., to send a replacement card for his/her account ending in 7768, which it sent to the same address in Valrico, FL where they sent the Capital One replacement card ending in

2811. J.G. stated that after Capital One sent the replacement card ending in 7768, there were approximately $22,513.97 in fraudulent charges made in the Middle District of Florida and posted to the Capital One credit card account ending in 7768 belonging to J.P. between approximately May 11, 2017, and May 19, 2017. Those fraudulent charges include approximately $19,200 in gift cards purchased at various Walmart stores by A.B., who is on video surveillance making the purchases.

16.     Capital One Fraud Investigator J.G. further reported that Capital One received a request on or about June 29, 2017, purportedly from G.M., to send a replacement card for the Capital One account ending in 9570, which Capital One sent to an address on Kendall Lake Drive in Brandon, FL. J.G. stated that after Capital One sent the replacement card, there were approximately $20,222.08 in fraudulent charges made in the Middle District of Florida and elsewhere and posted to the Capital One credit card account ending in 9570 issued to G.M. from on or about July 3, 2017, to on or about July 4, 2017. Those fraudulent charges include a purchase on or about July 4, 2017, at Walmart # 1081 in Gainesville, FL where A.B. was captured on store surveillance purchasing $2000 in gift cards. At the conclusion of the fraudulent transactions, store surveillance video captured A.B. getting into the passenger side of a red Nissan Altima bearing State of Texas license plate HCZ6730. My investigation revealed the State of Texas license plate, HCZ6730, is assigned to an Avis/Budget Group rental vehicle, which was rented on this date by B.J-N., the sister of **Jean-Noel**.

9

17.     Capital One Fraud Investigator J.G. also provided information that Capital One received a request on or about August 8, 2017, purportedly from A.H., to send a replacement card for his/her Capital One credit card ending in 1508. Capital One sent a replacement card to the same address on Kendall Lake Drive in Brandon, FL as Capital One credit card ending in 9570 detailed above.  J.G. stated that after Capital One sent the replacement card, there were approximately $34,472.76 in fraudulent charges made in the Middle District of Florida and elsewhere and posted to the Capital One credit card account ending in 1508 issued to A.H. from on or about August 8, 2017, to on or about August 11, 2017.  Those fraudulent charges included purchases of gift cards totaling $3600 made by A.B., who was captured on store surveillance video at Walmart stores located in Homosassa, Ocala and Brooksville, FL.  Your affiant interviewed A.H. who stated that neither A.B. nor **Jean-Noel** had permission to use his/her Capital One credit card to make the purchases at Walmart.  A.H. further stated at the time of the purchase he/she was in possession of his/her Capital One credit card ending in 1508.

18.     My investigation revealed the address on Kendall Lake Drive where Capital One credit cards ending in 9570 and 1508 were delivered is rented by B.J.-N.2, who is the mother of **Jean-Noel.**  Records from the leasing office establish that B.J.-N.2 has resided at this address since on or about June 1, 2017.  Employees of Lake Katy apartments, where the address on Kendall Lake Drive is located, stated

that they believe **Jean-Noel** also resides at this address. The employees provided

information and video surveillance footage showing that **Jean-Noel** was in the

leasing office on or about August 22, 2017, attempting to obtain a current resident

parking decal for his 2007 Ford Mustang bearing State of Florida license plate #

EHTE71. This is the same vehicle featured on "Jay Mula's" Facebook page, as

described above.

19.     On or about August 29, 2017, at approximately 3:48 p.m., **Jean-Noel**

entered the Wawa store # 5183 located in Tampa, FL and purchased miscellaneous

items and gas totaling $37.57. **Jean-Noel** used a Capital One credit card account

ending in 7550 to make the purchase.  At the time of the purchase, the Capital One

credit card account ending in 7550 was issued to Y.T. of Castro Valley, CA.  Your

affiant interviewed Y.T. who stated **Jean-Noel** did not have permission to use

his/her Capital One credit card to make the purchase at Wawa.  Y.T. further stated

at the time of the purchase he/she was in possession of his/her Capital One credit

card ending in 7550.  Your affiant reviewed surveillance video of the transaction in

question.  Based upon my knowledge of what **Jean-Noel** looks like from social

media and his photos for his State of Florida driver's license, I can identify **Jean-**

**Noel** as the individual in the surveillance video making the purchase using the

Capital One credit card ending in 7550.

20.     Capital One Fraud Investigator J.G. reported to your affiant that

Capital One received a request on or about August 27, 2017, purportedly from Y.T.,

11

to send a replacement card for the account ending in 7550, which it sent to an address in Tampa, FL. J.G. stated that after Capital One sent the replacement card, there were approximately $10,108.14 in fraudulent charges made in the Middle District of Florida and posted to the Capital One credit card account ending in 7550 belonging to Y.T. on or about August 29, 2017. Those fraudulent charges included purchases and attempted purchases at Target #1131 located in St. Petersburg, FL totaling approximately $4,224.56 and Thortons #705 located in Tampa, FL totaling approximately $6.60. Your affiant reviewed surveillance videos of the above transactions in question. Based upon my knowledge of what **Jean-Noel** looks like from social media and his photos for his State of Florida driver's license, I can identify **Jean-Noel** as the individual in the surveillance videos making or attempting to make the purchases using the Capital One credit card ending in 7550.

12

## CONCLUSION

21.    Based on the above facts, your affiant submits probable cause exists that from at least in or around March 2017, through and including the present, that **Junior Jean-Noel** committed access device fraud, in violation of 18 U.S.C. §§ 1029(a)(1) and (a)(5), and aggravated identity theft, in violation of 18 U.S.C. §1028A.  Accordingly, I request a warrant for the arrest of **Junior Jean-Noel**.

This completes my affidavit.

Bryan Halliwell, Special Agent
United States Secret Service

Sworn to and subscribed before me
this _25_ day of September, 2017.

MARK A. PIZZO
United States Magistrate Judge

13